# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESANIEL MARRERO, on behalf of himself and others similarly situated, | : <br> : CIVIL ACTION FILE NO. 21-cv-1742 <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| VOICE SEARCH LOCAL, LLC | : <br> : |
| Defendant. | : <br> : |

## NOTICE OF DISMISSAL

The plaintiff files this Notice of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully Submitted,

**Jesaniel Marrero**,

Dated: May 26, 2021

*/s/ Andrew M. Carroll*
Andrew M Carroll
Law Office of Andrew M. Carroll
1800 JFK Blvd, Suite 300
Philadelphia, PA 19103
Telephone: (609) 400-1302
Email: andrewcarrollesq@gmail.com